## CIRCUIT COURT OF PRINCE WILLIAM COUNTY

Donald K. Liller

v.

Government Employees Insurance Co.
and GEICO Indemnity Co.

August 24, 1987

Case No. (Law) 18852

By JUDGE PERCY THORNTON, JR.

After consideration of the arguments and memorandums of law on the issue of intra-policy stacking of uninsured coverage as related to the underinsured situations, I am of the opinion that the decisions stated in *Goodville Mutual v. Borror*, 221 Va. 967 (1981), and *Mitchell v. State Farm Insurance*, 227 Va. 452 (1984), control in the subject case.

I cannot interpret the phrase "total amount" as stated in Section 38.2-2206(B) (1986 Replacement Volume) in defining an "underinsured" motor vehicle to mean a total sum by stacking the uninsured vehicle coverage of the victim's policy less the liability coverage of the tort-feasor's policy. Further, the language in the subject policy clearly limits the uninsured coverage for each person in any one accident to $100,000 and a maximum coverage of $300,000 for all persons injured in any one accident.